UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

GWENDOLYN RENEE REDDIC,

Plaintiff,

v.

BANK OF AMERICA,

Defendant.

Case No. 2:23-cv-01181-MMD-BNW

ORDER

*Pro se* Plaintiff Gwendolyn Renee Reddic attempts to sue Defendant Bank of America without paying the filing fee but did not submit a complete application to proceed *in forma pauperis* ("IFP Application"). (ECF Nos. 1, 1-1.) Before the Court is the Report and Recommendation ("R&R") of United States Magistrate Judge Brenda Weksler (ECF No. 4), recommending that the Court dismiss this case without prejudice because Reddic has still not completed an IFP application. To date, no objections to the R&R have been filed. Because there is no objection, and as further explained below, the Court will adopt the R&R.

Because there is no objection, the Court need not conduct de novo review, and is satisfied that Judge Weksler did not clearly err. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1116 (9th Cir. 2003) ("De novo review of the magistrate judges' findings and recommendations is required if, but *only* if, one or both parties file objections to the findings and recommendations.") (emphasis in original). Judge Weksler warned Reddic to either submit an IFP Application or pay the filing fee, or face dismissal, but she did not. (ECF Nos. 3, 4.) Having reviewed the R&R, Judge Weksler did not clearly err in recommending this case be dismissed in it.

It is therefore ordered that Judge Weksler's Report and Recommendation (ECF No. 4) is accepted and adopted in full.

It is further ordered that the Complaint (ECF No. 1-1) is dismissed, in its entirety, but without prejudice.

The Clerk of Court is directed to close this case.

DATED THIS 17th Day of June 2024.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE